**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

BECKY A. WILLIAMS,                           :

     Plaintiff,                           :     Case No.  3:06CV126

vs.                                          :     District Judge Thomas M. Rose
                                                  Magistrate Judge Sharon L. Ovington

TODD W. SCHULZ, *et al*.,                    :

     Defendants.                          :

---

# DECISION AND ENTRY

---

     The Court has reviewed *de novo* the Report and Recommendations (Doc. #27) of United States Magistrate Judge Sharon L. Ovington, to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Reports and Recommendations.

     Accordingly, it is **ORDERED** that:

1.    The Report and Recommendations filed on September 20, 2007 (Doc. #27) is ADOPTED in full;

2.    Defendant The Employer Group's Motion To Strike (Doc. # 24) and Plaintiff's Motion In Opposition to Motion to Dismiss (Doc. # 23) are **OVERRULED**;

3.    Defendant The Employer Group's Motion to Dismiss (Doc. #22) is **GRANTED**, and Plaintiff's Title VII claims against Defendant The Employer Group are **DISMISSED** with prejudice;

4.      Pursuant to 28 U.S.C. §1367(c)(3), the Court declines to exercise supplemental jurisdiction over any state law claims raised in the Amended Complaint against Defendant The Employer Group and such claims are therefore dismissed without prejudice to refiling in a State Court of competent jurisdiction.

October 11, 2007                      **s/THOMAS M. ROSE**

_____
Thomas M. Rose
United States District Judge

2